UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | RE: **Tony Nhiachong Khang**<br>**Docket Number: 0972 2:13CR00163-001**<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Tony Nhiachong Khang is requesting permission to travel to Mexico. Tony Nhiachong Khang is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 21, 2014, Tony Nhiachong Khang was sentenced for the offenses of Bank Fraud, Aggravated Identity Theft, and Felon in Possession of Ammunition.

**Sentence Imposed:** 24 months as to Counts 4 and 33, to run concurrently, and 24 months as to Count 9, to run consecutively to each other, for a total term of 48 months imprisonment; 60 months TSR as to Count 4, 12 months as to Count 9, and 36 months as to Count 33, all to run concurrently, for a total term of supervised release of 60 months.

**Dates and Mode of Travel:** March 25-31, 2018

**Purpose:** Vacation cruise with family

**RE:** Tony Nhiachong Khang
    **Docket Number: 0972 2:13CR00163-001**
    <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

*/s/ Sara Gnewikow*

Sara Gnewikow
Sr. United States Probation Officer

Dated: August 28, 2017
    Sacramento, California
    SG:cd

**REVIEWED BY:**     /s/ Garey R. White for
    **George A. Vidales**
    **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

DATED: August 30, 2017.

UNITED STATES DISTRICT JUDGE